MHW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

**NORMA CRUZ-NUNEZ**

v.

**KIMCO CORPORATION**

08cv3841
JUDGE DER-YEGHIYAN
MAG. JUDGE KEYS

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

SELF PRO SE NORMA CRUZ-NUNEZ

| (A) | (B) |
|---|---|
| SIGNATURE: Norma D Cruz Nuñez | SIGNATURE: J.N. |
| NAME: Norma Cruz-Nunez | FILED JUL X 7 2008  7-7-2008  MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| FIRM: | NAME: |
| STREET ADDRESS: 1100 E. Irving Park Rd | FIRM: |
| CITY/STATE/ZIP: Itasca IL 60143 | STREET ADDRESS: |
| TELEPHONE NUMBER: 6302851037    FAX NUMBER: | CITY/STATE/ZIP: |
| E-MAIL ADDRESS: | TELEPHONE NUMBER:    FAX NUMBER: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | E-MAIL ADDRESS: |
| MEMBER OF TRIAL BAR?   YES ☐  NO ☐ | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| TRIAL ATTORNEY?   YES ☐  NO ☐ | MEMBER OF TRIAL BAR?   YES ☐  NO ☐ |
|  | TRIAL ATTORNEY?   YES ☐  NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?   YES ☐  NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER:    FAX NUMBER: | TELEPHONE NUMBER:    FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR?   YES ☐  NO ☐ | MEMBER OF TRIAL BAR?   YES ☐  NO ☐ |
| TRIAL ATTORNEY?   YES ☐  NO ☐ | TRIAL ATTORNEY?   YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?   YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL?   YES ☐  NO ☐ |

**INSTRUCTIONS FOR COMPLETING APPEARANCE FORM**