### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number:  08CV3841

Assigned/Issued  By:  J. N.

Judge Name:  DER-YEGHIYAN

Designated Magistrate Judge:  KEYS

---

### FEE INFORMATION

**Amount Due:**   ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350 _____    Receipt #: 4624005348 _____

Date Payment Rec'd: 7-7-08 _____    Fiscal Clerk:  J. N. _____

---

### ISSUANCES

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____    ☐ Other
*(Type of Writ)*    _____
*(Type of issuance)*

1 ____ Original and 1 ____ copies on 7-7-08 ____ as to  DEFENDANT _____
*(Date)*

_____

_____