**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08C3841 |

Norma Cruz-Nunez

v.

Kimco Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Norma Cruz-Nunez

NAME (Type or print)
Rafael   Molinary

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
          s/ Rafael Molinary

FIRM     Rafael Molinary, Esq., P.C.

STREET ADDRESS   3930  N. Pine Grove Ave.   Suite 715

CITY/STATE/ZIP     Chicago     Illinois     60613

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   3127501        TELEPHONE  NUMBER   1-773-477-2352/1-773-590-2352

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                        APPOINTED COUNSEL