UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORMA CRUZ-NUNEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08 C 3841 |
| -vs- | ) |
| | ) |
| KIMCO CORPORATION, | ) |
| | ) |
| Defendant. | ) |

AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD

Defendant, Kimco Corporation ("Kimco"), by its attorneys, Martin B. Carroll and Keli M. Videtto, and Plaintiff, Norma Cruz-Nunez ("Cruz-Nunez"), by her attorney, Rafael Molinary, move this Court for additional time, up to and including, October 6, 2008, to answer or otherwise plead to plaintiff's Complaint and to reschedule the initial status hearing to a date after October 6, 2008. In support of its Motion, Kimco states as follows:

1. On July 7, 2008, Cruz-Nunez filed her *pro se* Complaint of Employment Discrimination.

2. On August 25, 2008, attorney Rafael Molinary appeared on behalf of Cruz-Nunez.

3. Kimco was served with the Complaint sometime during the week of August 25, 2008.

4. Pursuant to this Court's minute order, entered by this Court before Kimco was served with the Complaint, the parties were to have conducted a Rule 26(f)

conference and submitted a Joint Initial Status Report to the Court prior to the initial status hearing of September 9, 2008.

5. Because Kimco was served in this matter just a week ago, the parties have been unable to schedule a Rule 26(f) conference or prepare an Initial Joint Status Report.

6. Therefore, Kimco respectfully requests additional time, up to and including October 6, 2008, to answer or otherwise plead to plaintiff's Complaint.

7. The parties also request that the Court grant them additional time to schedule and complete their Rule 26(f) conference and, thereafter, timely submit their Initial Status Report to the Court.

8. To that end, the parties request that the Court reschedule the initial status hearing to a date after October 6, 2008.

9. This request is made in good faith and not for the purpose of unduly delaying the resolution of this matter.

10. Counsel for Kimco, Martin B. Carroll, spoke with counsel for Cruz-Nunez, and Cruz-Nunez's counsel has agreed to the matters requested herein.

WHEREFORE, Defendant, Kimco Corporation, and Plaintiff, Norma Cruz-Nunez, respectfully requests the Court

    a. grant Kimco additional time, up to and including October 6, 2008, to file its responsive pleading;

    b. grant the parties additional time to schedule and complete their Rule 26(f) conference, up to and including October 6, 2008;

    c. reschedule the initial status hearing for a date after October 6; and

    d. such other and further relief as the Court deems just and proper.

           **KIMCO CORPORATION**

           By:____/s/Keli M. Videtto_____
               One of its Attorneys

Martin B. Carroll
Keli M. Videtto
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
(312) 224-1200

Dated: September 4, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORMA CRUZ-NUNEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  08 C 3841 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| KIMCO CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

    I certify that on September 4, 2008, I caused a true and correct copy of Agreed Motion for Extension of Time to Answer or Otherwise Plead to be served upon the attorneys listed below via ECF electronic delivery:

    Rafael Molinary
    3930 North Pine Grove Avenue
    Suite 715
    Chicago, Illinois 60613


                                        /s/ Keli M. Videtto


Martin B. Carroll
Keli M. Videtto
Tracy Katz-Muhl
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 224-1200
Facsimile: 312-224-1201

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORMA CRUZ-NUNEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08 C 3841 |
| -vs- | ) |
| | ) |
| KIMCO CORPORATION, | ) |
| | ) |
| Defendant. | ) |

AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD

Defendant, Kimco Corporation ("Kimco"), by its attorneys, Martin B. Carroll and Keli M. Videtto, and Plaintiff, Norma Cruz-Nunez ("Cruz-Nunez"), by her attorney, Rafael Molinary, move this Court for additional time, up to and including, October 6, 2008, to answer or otherwise plead to plaintiff's Complaint and to reschedule the initial status hearing to a date after October 6, 2008. In support of its Motion, Kimco states as follows:

1.    On July 7, 2008, Cruz-Nunez filed her *pro se* Complaint of Employment Discrimination.

2.    On August 25, 2008, attorney Rafael Molinary appeared on behalf of Cruz-Nunez.

3.    Kimco was served with the Complaint sometime during the week of August 25, 2008.

4.    Pursuant to this Court's minute order, entered by this Court before Kimco was served with the Complaint, the parties were to have conducted a Rule 26(f)

conference and submitted a Joint Initial Status Report to the Court prior to the initial status hearing of September 9, 2008.

5. Because Kimco was served in this matter just a week ago, the parties have been unable to schedule a Rule 26(f) conference or prepare an Initial Joint Status Report.

6. Therefore, Kimco respectfully requests additional time, up to and including October 6, 2008, to answer or otherwise plead to plaintiff's Complaint.

7. The parties also request that the Court grant them additional time to schedule and complete their Rule 26(f) conference and, thereafter, timely submit their Initial Status Report to the Court.

8. To that end, the parties request that the Court reschedule the initial status hearing to a date after October 6, 2008.

9. This request is made in good faith and not for the purpose of unduly delaying the resolution of this matter.

10. Counsel for Kimco, Martin B. Carroll, spoke with counsel for Cruz-Nunez, and Cruz-Nunez's counsel has agreed to the matters requested herein.

WHEREFORE, Defendant, Kimco Corporation, and Plaintiff, Norma Cruz-Nunez, respectfully requests the Court

    a. grant Kimco additional time, up to and including October 6, 2008, to file its responsive pleading;

    b. grant the parties additional time to schedule and complete their Rule 26(f) conference, up to and including October 6, 2008;

    c. reschedule the initial status hearing for a date after October 6; and

    d. such other and further relief as the Court deems just and proper.

                                                   **KIMCO CORPORATION**

                                        By:____/s/Keli M. Videtto_____
                                                     One of its Attorneys

Martin B. Carroll
Keli M. Videtto
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
(312) 224-1200

Dated: September 4, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORMA CRUZ-NUNEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  08 C 3841 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| KIMCO CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I certify that on September 4, 2008, I caused a true and correct copy of Agreed Motion for Extension of Time to Answer or Otherwise Plead to be served upon the attorneys listed below via ECF electronic delivery:

Rafael Molinary
3930 North Pine Grove Avenue
Suite 715
Chicago, Illinois 60613


/s/ Keli M. Videtto


Martin B. Carroll
Keli M. Videtto
Tracy Katz-Muhl
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 224-1200
Facsimile: 312-224-1201