IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORMA CRUZ-NUNEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 3841 |
| | ) | |
| KIMCO CORPORATION, | ) | Judge Der-Yeghiayan |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Rafael Molinary
      3930 North Pine Grove Avenue
      Suite 715
      Chicago, Illinois  60613

**PLEASE TAKE NOTICE** that on **September 9, 2008 at 9:00 a.m.,** I shall appear before the Honorable Samuel Der-Yeghiayan in Room 1903 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **Agreed Motion for Extension of Time to Answer or Otherwise Plead,** a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with the Local Rule 5.2.

Respectfully submitted,

/s/Keli M. Videtto


Martin B. Carroll
Keli M. Videtto
Tracy Katz-Muhl
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000]
Chicago, Illinois  60606
(312) 224-1200

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I caused a true and correct copy of the foregoing to be served upon the individuals listed above via ECF electronic delivery.

/s/ Keli M. Videtto